out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [138 Misc. 216.]

MARY COOPER, as Administratrix, etc., of BENJAMIN COOPER, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JAMES BELLADONE, Respondent, JOHN GAZZO and Others, Plaintiffs, v. J. M. & P. SCANLAN, INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

VAN R. HALSEY and Others, Appellants, v. WILBERT A. LEONARD and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to reply within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

VAN R. HALSEY and Others, Appellants, v. MARGUERITE B. LEONARD, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to reply within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JACK TAREILA, Respondent, v. THE HOTEL HUDSON, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PAL-GIL HOME BUILDERS CORPORATION, Appellant, v. KINGSBORO MORTGAGE CORPORATION, Respondent, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ASHENFELTER & BALFE, INC., Respondent, v. SODUS PACKING CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY KIPPER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAX HAMMER, Respondent, v. JACOB BAUM, as Treasurer of Waiters Union Local No. 1, an Unincorporated Association of Seven or More Members, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Sherman and Townley, JJ. [136 Misc. 490.]

CHURCH E. GATES & COMPANY, Appellant, v. THE CITY OF NEW YORK and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

NATIONAL SURETY COMPANY, Respondent, v. IRVING BANK-COLUMBIA TRUST COMPANY, Appellant, Respondent, THE BOWERY BANK OF NEW YORK, Appellant, THE NEW YORK TRUST COMPANY, Appellant, Respondent, BANK OF SHEEPSHEAD BAY, Appellant.— Judgment modified by striking therefrom all provisions for the payment of counsel fees, and as so modified judgment and orders appealed from affirmed, with costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NATIONAL SURETY COMPANY, Respondent, v. AMERICAN EXCHANGE-PACIFIC